## BUTLER v. STATE. (No. 11119.)

Court of Criminal Appeals of Texas. June 13, 1928.

1. Criminal law ⟂1086(13)—Court cannot consider appeal on its merits, where there is no sentence in record.

Where there is no sentence in record, Court of Criminal Appeals is not authorized to consider appeal on its merits.

2. Criminal law ⟂1023(2)—Final judgment is necessary to confer jurisdiction on Court of Criminal Appeals.

A final judgment is necessary to confer jurisdiction on Court of Criminal Appeals.

Commissioners' Decision.

Appeal from District Court, Carson County; Newton P. Willis, Judge.

Lee Butler was convicted of possessing intoxicating liquor for the purpose of sale, and he appeals. Appeal dismissed.

W. F. Nix and John Fullingim, both of Amarillo, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of intoxicating liquor for the purpose of sale; the punishment confinement in the penitentiary for 2½ years.

[1, 2] There being no sentence in the record, we are not authorized to consider the appeal on its merits. A final judgment is necessary to confer jurisdiction upon this court. Doyle v. State, 104 Tex. Cr. R. 582, 286 S. W. 214.

The appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.